## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUMMER SHAW,
Doling Shaw & Hanover APC
36-915 Cook Street, Ste. 101
Palm Desert, CA  92211

       Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
JUSTICE,

**Serve:**

       Civil Process Clerk
       Office of the United States Attorney for the
       District of Columbia
       555 Fourth Street, NW
       Washington, DC  20530,

       Jeff Sessions
       Attorney General of the United States
       950 Pennsylvania Ave., NW
       Washington, DC  20530-0001

       Defendant.

Civil Action No. _____

## COMPLAINT FOR INJUNCTIVE RELIEF
### (Freedom of Information Act)

For her complaint against the United States Department of Justice ("DoJ"), Plaintiff alleges as follows:

1.      This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to enjoin DoJ from improperly withholding agency records and to order the production of all improperly withheld agency records.

2.      The records relate to certain emails to and from the former Justice Department's Assistant Attorney General for the Criminal Division, Lanny Breuer.

3.      The records are responsive to two FOIA requests that Plaintiff submitted to DoJ on December 22, 2016.

4.      DoJ has failed to produce responsive records.

## Parties

5.      Plaintiff is an individual with residence in California.

6.      DoJ is an agency of the United States of America under 5 U.S.C. § 552(f)(1) and 5 U.S.C. § 551(1).

## Jurisdiction and Venue

7.      This Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

8.      Venue is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

## Background

9.      On December 22, 2016, Plaintiff submitted two FOIA requests and an Amended Request to DoJ.

10.      Those FOIA requests ("the Requests") seek records regarding certain emails sent to or received from Lanny Breuer's email accounts, including emails specifying certain topics. True and correct copies of the Requests are attached as Exhibit 1.

11.      DoJ received the Requests on December 22, 2016 and identified them by Tracking Nos. EMRUFOIA122216-1 and EMRUFOIA122216-2.  True and correct copies of the December 22, 2016 responses are attached as Exhibit 2.

12.     On January 5, 2017, DOJ acknowledged receipt of the Requests and assigned them FOIA case numbers CRM-300575342 and CRM-300575344.  DoJ determined that the Requests presented "unusual circumstances" under 5 U.S.C. § 552(a)(6)(B)(i)-(iii), and as such they were extending the time limit to respond to the Requests an additional ten days as provided by statute.  True and correct copies of the January 5, 2017 responses are attached as Exhibit 3.

13.     On February 9, 2017, Plaintiff sent an email to the DoJ FOIA/PA Unit, Criminal Division summarizing efforts made by Plaintiff, including several calls with the FOIA office regarding the lack of any determination by the agency.  A true and correct copy of the email is attached as Exhibit 4.

14.     On February 17, 2017, Plaintiff sent a letter to Amanda Jones, Acting Chief of the FOIA/PA Unit regarding the Requests.  The letter requested information regarding the lack of any determination within the required time limits.  A true and correct copy of the letter is attached as Exhibit 5.

15.     On February 23, 2017, Plaintiff received a letter from Ms. Jones advising that the Requests were being processed on the complex track and the average processing time was 203 working days.  Ms. Jones also stated that "[t]he searches have been completed and the requests are under review."  A true and correct copy of the letter is attached as Exhibit 6.

16.     On February 24, 2017, Plaintiff sent a letter to Ms. Jones inquiring about the unreasonable delay in the 203 day average processing time and requested that the agency provide "responsive information as it becomes available/has been reviewed for turnover, rather than wait for all of the documents to be provided at one time in such a delayed manner."  A true and correct copy of the letter is attached as Exhibit 7.

17.     On August 26, 2017, Plaintiff sent a letter to Ms. Jones inquiring about the status of the Requests.  A true and correct copy of the letter is attached as Exhibit 8.

18.     On October 3, 2017, Plaintiff received a letter advising that the Requests had been pending for 197 business days, and that "[p]otentially responsive records have been received and are under review."  A true and correct copy of the letter is attached as Exhibit 9.

19.     DoJ has not made a determination on the Requests within the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

## COUNT I - FAILURE TO COMPLY WITH FOIA

20.     Plaintiff incorporates each of the foregoing paragraphs of this Complaint.

21.     Pursuant to FOIA, 5 U.S.C. § 552(a), Plaintiff has a statutory right to access the requested agency records.

22.     DoJ, by and through its component agencies, has failed to comply with the time limits prescribed by FOIA, 5 U.S.C. § 552(a)(6)(A)(i).

23.     DoJ, by and through its component agencies, has improperly withheld agency records responsive to Plaintiff's FOIA Request.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment for Plaintiff and award the following relief:

a.      Enjoin DoJ from withholding the requested records and order DoJ to produce those records to Plaintiff in accordance with FOIA, 5 U.S.C. § 552;

b.      Expedite the proceedings in this action;

c.      Award Plaintiff its costs and attorney's fees reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

d.      Award Plaintiff such other and further relief as the Court may deem just and

proper.


Respectfully submitted,


March 16, 2018

/s/ Lisa Norrett Himes
Lisa Norrett Himes (DC Bar No. 464089)
Rogers Joseph O'Donnell, PC
875 15th Street, NW, Suite 725
Washington, DC  20005
Tel:  (202) 777-8950
Fax:  (202) 347-8429


*Attorney for Plaintiff*