# EXHIBIT 1



Main Office - Palm Desert
36-915 Cook Street, Ste. 101
Palm Desert, CA 92211
Telephone: (760)341-8837
Fax: (760)341-3022

Yucca Valley Office
7355 Church Street, Ste. A
Yucca Valley, CA 92284
Telephone: (760)369-9565
Fax: (760)369-7343
www.dshapc.com

December 22, 2016

SENT VIA EMAIL ONLY
Amanda M. Jones
Acting Chief, FOIA/PA Unit
Suite 1127
Keeney Building, NW
Washington, DC 20530-0001
crm.foia@usdoj.gov

Re: Freedom of Information Act Request

Dear Criminal Division of the DOJ:

Please let this serve as my request under the Freedom of Information Act for the following documents to be provided to me:

1. All emails to and from any and all of Lanny Breuer's email accounts, from the period of January 1, 2009 through December 31, 2013, including **but not limited to** lanny.breuer@usdoj.gov, received from any "cov.com" email account(s).

I prefer that the information be emailed to me at the following email address: ss@dshapc.com . If this format for transmitting the information to me is not possible you may mail the documents to me at the above Palm Desert address.

Thank you for your consideration of this request.

Sincerely,
DOLING SHAW & HANOVER
A PROFESSIONAL CORPORATION

/s/ Summer M Shaw

Summer M. Shaw, Esq.

SMS/x
Cc: *Via email only-* FOIA/PA Mail Referral Unit, Department of Justice, Room 115, LOC Building, Washington, DC 20530-0001, *MRUFOIA.Requests@usdoj.gov*



**Main Office - Palm Desert**
36-915 Cook Street, Ste. 101
Palm Desert, CA 92211
Telephone: (760)341-8837
Fax: (760)341-3022

**Yucca Valley Office**
7355 Church Street, Ste. A
Yucca Valley, CA 92284
Telephone: (760)369-9565
Fax: (760)369-7343
www.dshapc.com

December 22, 2016

<u>SENT VIA EMAIL ONLY</u>
Amanda M. Jones
Acting Chief, FOIA/PA Unit
Suite 1127
Keeney Building, NW
Washington, DC 20530-0001
<u>crm.foia@usdoj.gov</u>

    Re: Freedom of Information Act Request

Dear Criminal Division of the DOJ:

    Please let this serve as my request under the Freedom of Information Act for the following documents to be provided to me:

1. All emails to and from any and all of Lanny Breuer's email accounts, from the period of January 1, 2011 through December 31, 2013, including **but not limited to** <u>lanny.breuer@usdoj.gov</u>, referencing:
    a. Blixseth;
    b. EB
    c. TB
    d. Yellowstone
    e. Yellowstone Club
    f. bankruptcy judge;
    g. Burkle;
    h. Byrne;
    i. YCLT; and
    j. Credit Suisse
2. All emails to or from any and all of Lanny Breuer's email accounts sent to or received from <u>burkle@yucaipaco.com</u> for the period referenced in number 1 above.

    It is our understanding that Mr. Breuer, may have in the past, been known to use his personal email accounts for government business during his tenure at the Department of Justice and therefore request that any personal email accounts used/maintained by Mr. Breuer during the time period referenced above be searched for the information we are requesting.

I prefer that the information be emailed to me at the following email address: ss@dshapc.com . If this format for transmitting the information to me is not possible you may mail the documents to me at the above Palm Desert address.

Thank you for your consideration of this request.

Sincerely,
**DOLING SHAW & HANOVER**
A PROFESSIONAL CORPORATION

*/s/ Summer M Shaw*

Summer M. Shaw, Esq.

SMS/x
Cc: *Via email only-* FOIA/PA Mail Referral Unit, Department of Justice, Room 115, LOC Building, Washington, DC 20530-0001, MRUFOIA.Requests@usdoj.gov



**DOLING SHAW & HANOVER**
APC

Main Office - Palm Desert
36-915 Cook Street, Ste. 101
Palm Desert, CA 92211
Telephone: (760)341-8837
Fax: (760)341-3022

Yucca Valley Office
7355 Church Street, Ste. A
Yucca Valley, CA 92284
Telephone: (760)369-9565
Fax: (760)369-7343
www.dshapc.com

December 22, 2016

SENT VIA EMAIL ONLY
Amanda M. Jones
Acting Chief, FOIA/PA Unit
Suite 1127
Keeney Building, NW
Washington, DC 20530-0001
crm.foia@usdoj.gov

Re: AMENDED Freedom of Information Act Request

Dear Criminal Division of the DOJ:

Please let this serve as my AMENDED request under the Freedom of Information Act for the following documents to be provided to me:

1. All emails to and from any and all of Lanny Breuer's email accounts, from the period of January 1, 2009 through December 31, 2013, including **but not limited to** lanny.breuer@usdoj.gov, *to or received* from any "cov.com" email account(s).

This should replace the previously sent FOIA request that was sent to you at 10:56am (Pacific Time).

I prefer that the information be emailed to me at the following email address: ss@dshapc.com . If this format for transmitting the information to me is not possible you may mail the documents to me at the above Palm Desert address.

Thank you for your consideration of this request.

Sincerely,
DOLING SHAW & HANOVER
A PROFESSIONAL CORPORATION

/s/ Summer M Shaw

Summer M. Shaw, Esq.

SMS/x
Cc: *Via email only-* FOIA/PA Mail Referral Unit, Department of Justice, Room 115, LOC Building, Washington, DC 20530-0001, *MRUFOIA.Requests@usdoj.gov*